IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO.: 1:22-cv-2353-JPH-MG |
| v. | )<br>) |
| SUPERIOR TACTICAL RESPONSE AGENCY, LLC, and DONNA RAPIER, PERSONAL REPRESENTATIVE OF THE ESTATE OF RODDRICK K. FAULKNER, SR., ON BEHALF OF THE ESTATE OF RODDRICK K. FAULKNER, SR., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT TO THE COURT AND AGREED MOTION TO VACATE OCTOBER 9TH STATUS CONFERENCE**

Comes now the Plaintiff, The Cincinnati Specialty Underwriters Insurance Company, by counsel and notifies the Court that the above-captioned matter has been resolved. Plaintiff further requests that the status conference set for October 9, 2024, be vacated. A Stipulation of Dismissal with a proposed Order to Dismiss will be filed upon approval from the probate court. Counsel for The Estate agrees with this notice and motion.

Respectfully submitted,

*/s/Kayla J. Goodfellow*
Kayla J. Goodfellow (# 27849-49)
Law Offices The Cincinnati Insurance Company
8910 Purdue Rd., Suite 650
PO Box 68449
Indianapolis, IN 46268
(317) 632-7146 office
(317) 632-7156 fax
kayla_goodfellow@staffdefense.com

## CERTIFICATION OF SERVICE

  Plaintiff certifies on October 8, 2024 it has served a copy of the foregoing on all counsel of record via electronic filing using the CM/ECF system.

Katherine Karres | kkarres@billhurst.com
Charles B. Hubley | chubley@billhurst.com
*Attorney for Donna Rapier, Personal Representative of the Estate of Roddrick K. Faulkner, Sr., on behalf of The Estate of Roddrick K. Faulkner, Sr.*

  Plaintiff further certifies that the foregoing document was served on October 8, 2024, upon Defendant, via first-class U.S. mail, postage prepaid, addressed as follows:

Superior Tactical Response Agency LLC
Melvin E. Hall II, Registered Agent
750 Greenwoods Drive
Indianapolis, IN 46224

          */s/Kayla J. Goodfellow*
          Kayla J. Goodfellow
          kayla_goodfellow@staffdefense.com

LAW OFFICES
THE CINCINNATI INSURANCE COMPANY
8910 Purdue Rd., Suite 650
PO Box 68449
Indianapolis, IN 46268
(317) 632-7146
(317) 632-7156 fax