IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 1:22-cv-2353-JPH-MG<br>)<br>) |
| SUPERIOR TACTICAL RESPONSE AGENCY, LLC, and DONNA RAPIER, PERSONAL REPRESENTATIVE OF THE ESTATE OF RODDRICK K. FAULKNER, SR., ON BEHALF OF THE ESTATE OF RODDRICK K. FAULKNER, SR., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiff, The Cincinnati Specialty Underwriters Insurance Company (CSU), and Defendant, Donna Rapier Personal Representative of the Estate of Roddrick K. Faulkner, Sr., on Behalf of the Estate of Roddrick K. Faulkner, Sr. (Estate), and hereby submit this Voluntary Stipulation of Dismissal with Prejudice of all remaining unadjudicated claims and counterclaims under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties stipulate that the Court, in its Order of September 13, 2024, granted a partial Summary Judgment declaring and adjudicating the rights of all parties on the issue of the pertinent Policy Limit of $25,000.  The parties have thereafter reached a settlement, and voluntarily stipulate to the dismissal with prejudice of all remaining unadjudicated claims and counterclaims, including but not limited to all claims asserted by the Estate on grounds of assignment from co-defendant Superior Tactical Response Agency, LLC.  Each party will pay its own attorneys' fees, costs, and expenses.

Respectfully submitted,

*Counsel for Plaintiff, CSU*

*/s/Kayla J. Goodfellow*
Kayla J. Goodfellow (# 27849-49)
Law Offices The Cincinnati Insurance Company
8910 Purdue Rd., Suite 650
PO Box 68449
Indianapolis, IN 46268
(317) 632-7146 office
(317) 632-7156 fax
kayla_goodfellow@staffdefense.com

*Counsel for the Estate*

*/s/ Katherine Karres*
Katherine Karres (# 27192-49)
*/s/ Charles Hubley*
Charles Hubley (# 35622-29)
50 South Meridian, Suite 600
Indianapolis, IN 46204
(317) 636-0808
kkarres@billhurst.com
chubley@billhurst.com